UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DIANA E. COSTEA,

       Plaintiff,

v.                               Case No:  3:14-cv-947-J-39JRK

TRANS UNION, LLC and BANK OF
AMERICA N.A.,

       Defendants.
_____/

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Notice of Dismissal Without Prejudice (Doc. No. 13; Notice) as to TransUnion, LLC filed on September 26, 2014.  In the Notice, Plaintiff requests a dismissal of her case as to TransUnion, LLC without prejudice.  See Notice at 1.  Accordingly, it is hereby **ORDERED**:

1.    Plaintiff's case as to TransUnion, LLC is **DISMISSED without prejudice**.

2.    The Clerk of the Court is directed to terminate all pending motions as to TransUnion, LLC.

**DONE** and **ORDERED** in Jacksonville, Florida this 29th day of September, 2014.

BRIAN J. DAVIS
United States District Judge

*Copies furnished to:*

Counsel of Record

*ap*