UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DIANA E. COSTEA,

    Plaintiff,

v.                                        Case No: 3:14-cv-947-J-39JRK

BANK OF AMERICA N.A.,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation for Dismissal with Prejudice (Doc. No.17; Stipulation) filed on December 9, 2014. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. <u>See</u> Stipulation at 1. Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 10th day of December, 2014.

                                                                BRIAN J. DAVIS
                                                                United States District Judge

***Copies to:***

Counsel of Record

*ap*